UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LULE STAFA,

                Plaintiff,

-against-

INNOVATIVE FACILITY SERVICES and UNION 32B-J,

                Defendants.

23-CV-10509 (JLR)

**ORDER OF SERVICE**

JENNIFER L. ROCHON, United States District Judge:

    Plaintiff, who is proceeding *pro se*, brings this action under the Age Discrimination in Employment Act of 1967 and the New York State and City Human Rights Laws, alleging that her employer discriminated against her based on her age. The Court construes the complaint as also asserting claims under Title VII of the Civil Rights Act of 1964 that Plaintiff's employer discriminated against her on the basis of her race or national origin, as well as a "hybrid claim" alleging that her employer breached its duties outlined in a collective bargaining agreement, in violation of Section 301 of the Labor Management Relations Act, and her union breached its duty of fair representation, in violation of the National Labor Relations Act. By order dated December 20, 2023, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. ECF No. 6.

## DISCUSSION

    Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses and the complaint until the Court reviewed the complaint

n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendants Innovative Facility Services and Union 32B-J through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is directed to issue summonses for Innovative Facility Services and Union 32B-J, complete the USM-285 forms with the addresses for these defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service.

---

and ordered that the summonses be issued. The Court therefore extends Plaintiff's time to serve the complaint until 90 days after the date the summonses are issued.

Plaintiff may receive court documents by email by completing the attached form, Consent to Electronic Service.[2]

The Clerk of Court is further directed to mail an information package to Plaintiff.

SO ORDERED.

Dated: December 28, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge

---

[2] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.

**DEFENDANTS AND SERVICE ADDRESSES**

1. Innovative Facility Services
   1573 Hawthorn Drive
   Maumee, OH 43537

2. Union 32B-J
   25 West 18th Street
   New York, NY 10011

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____
Name (Last, First, MI)

| _____ | _____ | _____ | _____ |
| Address | City | State | Zip Code |

_____        _____
Telephone Number                                E-mail Address

_____        _____
Date                                            Signature

**Click Here to Save**