UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LULE STAFA,<br><br>        Plaintiff,<br><br>  -against-<br><br>INNOVATIVE FACILITY SERVICES and UNION 32B-J,<br><br>        Defendants. | No. 1:23-cv-10509 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court previously ordered the Clerk of Court to issue summonses for Innovative Facility Services and Union 32B-J, complete the USM-285 forms with the addresses for those defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service. ECF No. 8. The Court was made aware that the U.S. Marshals were unable to effectuate service on one defendant, Innovative Facility Services. ECF No. 20.

  For the same reasons as articulated in the Court's previous order at ECF No. 8, the Clerk of Court is directed to issue a summons for Innovative Facility Services, complete the USM-285 forms with the below revised address for Innovative Facility Services, and deliver all documents necessary to effect service to the U.S. Marshals Service.

    Innovative Facility Services, LLC
    c/o Corporation Service Company
    80 State Street
    Albany, NY 12207

Dated: April 15, 2024
    New York, New York

                   SO ORDERED.

                   *Jennifer Rochon*
                   JENNIFER L. ROCHON
                   United States District Judge