UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LULE STAFA,<br><br>        Plaintiff,<br><br>  -against-<br><br>INNOVATIVE FACILITY SERVICES and UNION 32B-J,<br><br>        Defendants. | Case No. 1:23-cv-10509 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of Plaintiff's letter requesting an extension of time at ECF No. 33 and the letter response from Defendant Innovative Facility Services at ECF No. 34. Plaintiff shall respond to Defendant's motion by September 19, 2024. Defendant shall file its reply by October 10, 2024.

Dated: August 15, 2024
    New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge