UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LULE STAFA,<br><br>                      Plaintiff,<br><br>      -against-<br><br>INNOVATIVE FACILITY SERVICES,<br><br>                      Defendant. | Case No. 1:23-cv-10509 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On September 2, 2025, the Court denied Plaintiff's reconsideration request and directed the parties submit a joint status letter following a meet-and-confer no later than October 1, 2025. *See* Dkt. 45 at 3.

On September 9, 2025, the Court received a letter from Plaintiff, dated September 3, 2025, informing the Court that she will be unable to comply with the joint-letter deadline because she will be traveling overseas from September 8, 2025, through October 7, 2025, for family reasons. *See* Dkt. 46 at 1. Plaintiff thus requests an extension of time to file the joint letter until after her return.

Plaintiff's request for an extension is GRANTED. The deadline for the parties to meet and confer and submit a joint status letter shall be extended to **October 14, 2025**.

Dated: September 11, 2025
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge