UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LULE STAFA,

                        Plaintiff,

        -against-

INNOVATIVE FACILITY SERVICES,

                        Defendant.

Case No. 1:23-cv-10509 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On October 14, 2025, the Court directed the parties to "submit a joint letter regarding the status of mediation/arbitration no later than January 9, 2026." Dkt. 49. The parties did not do so. Instead, on January 5, 2026, Defendant Innovative Facility Services submitted a letter to the Court informing it that Plaintiff intends to submit her own letter, Dkt. 50 at 1, and separately requesting that the Court "order Plaintiff to commence arbitration by a date certain," *id.* at 2. To date, the Court has not heard from Plaintiff.

Accordingly, Plaintiff is ORDERED to submit a letter to the Court addressing Defendant's request by **January 16, 2026**.

Dated:  January 12, 2026
        New York, New York

                                        SO ORDERED.

                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge